EXHIBIT (A)

# FEDERAL PUBLIC DEFENDER
# DISTRICT OF SOUTH CAROLINA

**Parks N. Small**
Federal Public Defender

| | | | |
|---|---|---|---|
| **BB&T Bank Building** | 145 King Street, Suite 325 | 501 McBee Building, Suite 202 | McMillan Federal Building |
| 1901 Assembly Street, Suite 200 | P.O. Box 876 | 501 East McBee Avenue | 401 West Evans Street, Suite 221 |
| Columbia, S.C. 29201 | Charleston, S.C. 29402 | Greenville, S.C. 29601 | P.O. Box 1873 |
| Tel: (803) 765-5070 | Tel: (843) 727-4148 | Tel: (864) 235-8714 | Florence, S.C. 29503-1873 |
| Fax: (803) 765-5084 | Fax: (843) 727-4179 | Fax: (864) 233-0188 | Tel: (843) 662-1510 |
| | | | Fax: (843) 667-1355 |

Reply to: Columbia

August 2, 2010

**Attorney-Client Correspondence**
**Open only in the presence of**
**the inmate. Special Mail.**

Mr. Zhivago Robinson
Reg. No. 16517-171
c/o FCI Beaumont Medium
P.O. Box 26040
Beaumont, TX 77720

        Re:    United States v. Zhivago Robinson
                Cr. No. 0:08-401; Appeal Number: 09-4425

Dear Mr. Robinson:

      In light of Mr. Long's medical absence from the office, I will answer your inquiry about your prior conviction of record that you sent me. If I read your letter correctly, you are under the impression that the 2000 conviction for possession of crack should not count as a career offender case under §4B1.1 of the sentencing guidelines. The case docket number is GS-46-1701, York County, South Carolina. The docket you sent me shows you did plea guilty to a lesser offense, possession of crack cocaine, not possession with intent which was the charge in the indictment. However, that is not the conviction which causes you to qualify as a career offender. That case is GS-46-1700, from York County and charges Distribution of Crack Cocaine within Proximity of a Park. The presentence record shows you pled guilty to that charge, and it was run concurrent with your plea in GS-46-1701.

      You may have been confused and thought you only pled to one charge, but the distribution charge would qualify under the guidelines as a "controlled substance offense" for purposes of career offender. I hope this helps. Please do not hesitate to write if you have any further questions.

                                          Very truly yours,

                                          Parks N. Small
                                          Federal Public Defender

PNS:kse