IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 0:08-401-CMC |
| | ) | |
| v. | ) | |
| | ) | |
| ZHIVAGO ANWAH ROBINSON | ) | |

<u>MOTION FOR EXTENSION OF TIME</u>

The Government, by and through its undersigned attorney, respectfully moves the Court for an extension of time to respond to the Defendant's motion seeking relief pursuant to 28 U.S.C. § 2255. Defendant filed his motion on November 1, 2019, and, the same day, the Court ordered the Government to respond to the motion within twenty-one days. Given the lead Government attorney's impending departure from the United States Attorney's Office, the case has been reassigned to the undersigned. Due to the transition and the upcoming holidays, the Government respectfully requests an extension of time of thirty days to review the claims of the Defendant and prepare a response to Defendant's motion.

For the reasons stated above, the Government respectfully requests that the Court grant the Government a thirty-day extension of time to respond to Defendant's § 2255 motion.

Respectfully submitted,

SHERRI A. LYDON
UNITED STATES ATTORNEY

<pre>
                              By:    s/Benjamin N. Garner
                                     Benjamin N. Garner (Fed. ID # 11477)
                                     Assistant United States Attorney
                                     1441 Main Street, Suite 500
                                     Columbia, SC 29201
                                     (803) 929-3063
</pre>

Columbia, South Carolina
November 21, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 0:08-401-CMC |
| | ) | |
| v. | ) | |
| | ) | |
| ZHIVAGO ANWAH ROBINSON | ) | **CERTIFICATE OF SERVICE** |

The undersigned Assistant United States Attorney hereby certifies that he has caused service of the Government's Motion For Extension of Time to Respond to Defendant's motion seeking relief pursuant to 28 U.S.C. § 2255, and by a legal assistant employed in the Office of the United States Attorney for the District of South Carolina and is a person of such age and discretion as to be competent to serve papers.

That on November 21, 2019, my legal assistant served copies of the foregoing documents via the court's e-noticing system or, if that means failed, by placing said copies in a postpaid envelope addressed to the person(s) hereinafter named, and by depositing said envelope(s) and contents in the United States Mail at United States Attorney's Office, Columbia.

**Zhivago Anwah Robinson**
16517-171
Big Sandy USP
1197 Airport Road
Inez, KY   41224
PRO SE

/S/Benjamin N. Garner
BENJAMIN N. GARNER (#11477)
ASSISTANT UNITED STATES ATTORNEY