RECEIVED
USDC CLERK, COLUMBIA, SC
2021 JUL 12  PM 12:57

July 8, 2021
Thursday

Dear, Honorable Judge Currie,

I pray this reaches you and that it finds you in great health and spirits and blessed and highly favored also, I'm writing to you in the highest of hopes that you'd appointment me counsel so that I may file for a compassionate release!? On Monday, June 7th, 2021 I filed for compassionate release to the warden at my current facility and as of the date upon this letter I've yet to receive a response to my request. As I'm sure your records will show, I've been incarcerated now for over thirteen (13) years and during the course of my incarceration I've learned a great deal about myself.

Also during my incarceration I've learned a few trades and I've engrossed myself in the education department so that I could learn how to navigate through society without breaking the law, and enclosed you will see all of the programs I've taken and earned credit for as well. Yes, I've also had my share of infractions during my incarceration as well and I take full responsibility for all of my actions also, your Honor I've lost so much over the years and I just pray for the opportunity to be able to show my children and loved ones that I've truly learned from my mistakes, that I've learned to make the decisions and

choices that are positive and good and that will benefit each of us in a positive way! Your Honor, I have four (4) beautiful daughters that I've been blessed with and I'm so thankful that in spite of my situation I've been able to maintain solid bonds and relationships with each of them, but I've missed out on quite a lot of important things like my two oldest girls graduating from high school and the oldest of the two joining the U.S. Army! They need me in their lives just as much as I need them in mine and given the chance to be there physically after being away so long will be such a big improvement to all of us, and plus my mom is dealing with countless health issues and I just recently lost an aunt and cousin that were really close to me! As you know yourself Your Honor, time isn't on anyone's side and there's so much going on in this world today and I just want the opportunity to be able to help raise my daughters and to live out the remainder of my life with them and my family!

To have the opportunity to give back and help my community and others as well and to be able to steer someone else away from the path I chose, so again I sincerely ask and pray that you'll appoint counsel for me so that I may file the formal motion for compassionate release and I also pray that

you'll take my words to be sincere and honest as well as upfront and I pray that you'll give me another chance at being a father, son, sibiling, uncle, and possibly a mentor as well!? I thank you for your time, care, and concern and may God continue to bless you!

Sincerely,

Thivago Robinson